UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIME WARNER CABLE OF NEW YORK CITY,
a division of Time Warner Entertainment Co., L.P.,

97 Civ. 4846 (CBA)(RML)

Plaintiff,

**JUDGMENT
(ADAM PIPITONE)**

- against -

ANNA PICCIOTTI, et al.,

Defendant.
-----------------------------------------------------------X

SEP 2 8 2005
BROOKLYN OFFICE

An Order of the Honorable Carol Bagley Amon, United States District Judge, having been executed on August 27, 1998; with no objections having been filed; adopting the July 14, 1998, Report and Recommendation of the Honorable Robert M. Levy, United States Magistrate Judge, entering Judgment against defendant Adam Pipitone in the amount of $2,646.50, comprised of $1,334.50 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,312.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii); it is hereby

ORDERED and ADJUDGED that the July 14, 1998, Report and Recommendation of the Honorable Robert M. Levy, United States Magistrate Judge, be adopted; and that judgment is entered in favor of the plaintiff, Time Warner Cable of New York City, against defendant Adam Pipitone in the amount of $2,646.50, comprised of $1,334.50 in statutory damages pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II), and $1,312.00 in attorneys' fees and costs pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

Dated: Brooklyn, New York

September 25, 2005

/S/ Robert C. Heinemann

**Robert C. Heinemann
Clerk of the Court**